UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 0:11-cv-60179-JAL

DENISE PAYNE, Individually;
ROBERT COHEN, Individually; and
ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation,

      Plaintiffs,

vs.

BRE/LQ FL PROPERTIES LLC
d/b/a LA QUINTA CORPORATION,
a Foreign Corporation,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and state:

1.    The parties have reached an agreement with Defendant, BRE/LQ FL PROPERTIES LLC d/b/a LA QUINTA CORPORATION, as to the resolution of all claims against them, and anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of May, 2011.  We further certify that the foregoing was

served on all counsel or parties of record on the attached Service List either via transmission of

Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronic Notices of Filing.

Respectfully submitted,


By:   /s/ Daniel B. Reinfeld
DANIEL B. REINFELD, ESQ.
Florida Bar No.:  174815
DANIEL B. REINFELD, P.A.
Ives Dairy Commerce Center
20249 NE 16th Place
Miami, FL 33179
Telephone: (954) 558-8139
Facsimile: (305) 999-0397
E-Mail: dan@reinfeldlaw.com

**DENISE PAYNE, *et al*., vs. BRE/LQ FL PROPERTIES LLC**
**Case No.: Case 0:11-cv-60179-JAL**
<u>**Service List**</u>

DARA A. LORION
RUMBERGER KIRK & CALDWELL
Brickell Bayview Centre
80 SW 8th Street
Suite 3000
Miami, FL 33130-3047
(305) 358-5577
Fax: (305) 371-7580
Email: dlorion@rumberger.com


JOHANNA FISTER NORVELL, ESQ.
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1423
Fax: (713) 229-2599
E-Mail: hnorvell@lockelord.com