UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DENISE PAYNE, ROBERT COHEN and ACCESS FOR THE DISABLED, INC., | § § § § | |
| Plaintiffs, | § | Case No. 0:11-cv-60179-JAL |
| vs. | § § § | |
| BRE/LQ FL PROPERTIES LLC d/b/a LA QUINTA CORPORATION, | § § § § | |
| Defendant. | | |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiffs DENISE PAYNE, ROBERT COHEN and ACCESS FOR THE DISABLED, INC. (hereinafter referred to as "Plaintiffs") and Defendant, BRE/LQ FL PROPERTIES LLC d/b/a LA QUINTA CORPORATION ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiffs' claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims, except as provided in the parties' Confidential Settlement Agreement.

By: /s/ Daniel B. Reinfeld
    Daniel B. Reinfeld
    Florida Bar No.174815
    DANIEL B. REINFELD, P.A.
    20249 NE 16th Place
    Miami, FL 33179
    Telephone: (954) 558-8139
    Facsimile: (954) 628-5054

HOU:0100520/00048:1507449v1

  dan@reinfeldlaw.com
ATTORNEY FOR PLAINTIFFS

By:/s/ Johanna Fister Norvell
  JOHANNA FISTER NORVELL
  Special Appearance Counsel
  Texas Bar No. 00796549
  LOCKE LORD BISSELL & LIDDELL LLP
  600 Travis, Suite 2800
  Houston, TX 77002-3095
  Telephone: (713) 226-1423
  Facsimile: (713) 229-2599
  hnorvell@lockelord.com
ATTORNEYS FOR DEFENDANT
BRE/LQ FL PROPERTIES LLC d/b/a
LA QUINTA CORPORATION

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of May 2011, the foregoing document has been served on the Plaintiffs' counsel of record by electronic filing:

Daniel B. Reinfeld
Florida Bar No.174815
DANIEL B. REINFELD, P.A.
20249 NE 16th Place
Miami, FL 33179
Telephone: (954) 558-8139
Facsimile: (954) 628-5054
dan@reinfeldlaw.com

            /s/ Johanna Norvell
            Johanna Norvell

HOU:0100520/00048:1507449v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **DENISE PAYNE, ROBERT COHEN** and **ACCESS FOR THE DISABLED, INC.,** | § § § § | |
| Plaintiffs, | § § | Case No. 0:11-cv-60179-JAL |
| vs. | § § § | |
| **BRE/LQ FL PROPERTIES LLC d/b/a LA QUINTA CORPORATION,** | § § § | |
| Defendant. | | |

### ORDER GRANTING JOINT STIPULATION
### OF FULL AND FINAL DISMISSAL WITH PREJUDICE

The Court has considered the Joint Stipulation of Full and Final Dismissal with Prejudice filed by Plaintiffs, DENISE PAYNE, ROBERT COHEN and ACCESS FOR THE DISABLED, INC., and Defendant, BRE/LQ FL PROPERTIES LLC d/b/a LA QUINTA CORPORATION, the pleadings on file, and all other things before it. The Court hereby dismisses this matter with prejudice against being re-filed. Each party shall bear its own fees, expenses and costs, except as otherwise provided in the parties' Confidential Settlement Agreement.

It is so ORDERED.

SIGNED on this _____ day of _____ 2011.

_____
UNITED STATES DISTRICT JUDGE